APPEAL No. 76-201. RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY *v.* BETHLEHEM STEEL CORPORATION *et al.* Motion of Bethlehem Steel Corporation and Insurance Company of North America to use charts as part of their oral argument is granted. *Hogan & Hogan, Edward T. Hogan, Sheffield & Harvey, Brian G. Bardorf,* for plaintiff. *Edwards & Angell, John V. Kean, George W. Shuster, Hynes & Diamond, Leslie A. Hynes,* New York, N.Y., for Bethlehem Steel Corporation, defendant.

APPEAL No. 76-204. SUSAN V. MCCANN *v.* CHARLES T. MC-CANN. Attorney for respondent has moved to withdraw as counsel in this case but has been unable to notify respondent of his motion by ordinary methods. Accordingly, respondent's attorney shall insert or cause to be inserted within the next ten (10) days in two (2) newspapers of statewide circulation in the State of Rhode Island a legal notice setting forth his motion to withdraw from this case. After publication of said notice, the attorney will submit to this Court proof of publication in affidavit form. Court will then further entertain motion to withdraw. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *Max Levin,* for respondent.

APPEAL No. 76-245. ELIZABETH A. SMITH *v.* HAROLD R. SMITH. Motion of respondent to dismiss petitioner's appeal is denied. Motion for a stay is denied. Motion of petitioner to dismiss respondent's appeal is denied. Motion of respondent for oral argument is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *Lynch, Walsh & Cobleigh, John D. Lynch,* for respondent.